Submitted on record and briefs October 4, affirmed December 13, 1995, petition for review denied February 13, 1996 (322 Or 612)

## BOBBY JOE ROSE,
*Appellant,*

*v.*

## Manfred (Fred) MAASS, Superintendent, Oregon State Penitentiary, *Respondent.*

(93C-12267; CA A85121)

907 P2d 1137

Michael E. Rose filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and David B. Thompson, Assistant Attorney General, filed the brief for respondent.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Affirmed. *Martin v. Baldwin*, 138 Or App 296, 906 P2d 868 (1995).